| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | JEFFREY A. SPIVAK<br>Assistant U.S. Attorney |
| 3 | MISDEMEANOR UNIT<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>  UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>PABLO L. BARRANCO-PINEDA,<br><br>            Defendant. | Case No. 1:17-po-00110-SAB<br><br>[Citation #6044464 CA/74]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 1:17-po-00110-SAB [Citation #6044464] against PABLO L. BARRANO-PINEDA without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: July 7, 2017

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By:   /s/ Jeffrey A. Spivak
      JEFFREY A. SPIVAK
      Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:17-po-00110-SAB [Citation #6044464] against PABLO L. BARRANO-PINEDA be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **July 10, 2017**

_____
UNITED STATES MAGISTRATE JUDGE